**Becky P. Patin**
Clerk of Court • St. Martin Parish
P.O. Box 308
St. Martinville, Louisiana 70582

(337) 394-2210 • (337) 332-4136
Fax (337) 394-7772

| | |
|---|---|
| STATE OF LOUISIANA | OFFICE OF THE CLERK OF COURT |
| PARISH OF ST. MARTIN | 16TH JUDICIAL DISTRICT COURT |

I HEREBY CERTIFY THAT THE ATTACHED COPIES ARE A TRUE AND CORRECT COPY OF THE PROCEEDING ENTITLED:

LESTER BETANCOURT & SHEILA BEGNAUD

VS. # 91329

UNITED WISCONSIN INSURANCE CO RT EXPRESS TRANSPORTS LLC & ELIO LONGORIA

OF THE CIVIL RECORDS FILED WITHIN THE ST. MARTIN PARISH CLERK OF COURT'S OFFICE, ST. MARTINVILLE, LOUISIANA AS OF THIS SAID DATE.

IN FAITH WHEREOF WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS 18TH DAY OF MARCH, 2022.

_Marcelle_
DEPUTY CLERK OF COURT
PARISH OF ST. MARTIN
STATE OF LOUISIANA

*Courthouse Annex*

| | |
|---|---|
| **LESTER BETANCOURT**<br>**and SHEILA BEGNAUD** | **16th JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. 91329 -A** |
| **UNITED WISCONSIN INSURANCE CO.,**<br>**RT EXPRESS TRANSPORTS, LLC,**<br>**and ELIO LONGORIA** | **PARISH OF ST. MARTIN**<br>**STATE OF LOUISIANA** |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **LESTER BETANCOURT and SHEILA BEGNAUD**, persons of the full age of majority and residents of Breaux Bridge, Louisiana, and who avers as follows:

1.

Made defendants herein:

(A) **UNITED WISCONSIN INSURANCE COMPANY**, a foreign insurance corporation authorized to do and doing business within the state of Louisiana, and as such is in the jurisdiction of this Honorable Court and who may be served through their registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

(B) **RT EXPRESS TRANSPORTS, LLC**, a foreign company authorized to do and doing business within the state of Louisiana, and as such is in the jurisdiction of this Honorable Court and who may be served via Louisiana Long Arm at 3201 Francisco Avenue, Mission, Texas 38573; and

(C) **ELIO LONGORIA**, who's domicile is currently unknown.

2.

This cause of action arises out of an automobile accident occurring on April 28, 2021, in St. Martin Parish, Louisiana.

3.

On or about April 28, 2021, Plaintiff, Lester Betancourt, was operating a 2011 Buick Lacrosse bearing Louisiana license plate VHZ698, VIN#1G4GE5ED2BF311191, in a northerly direction on Rees Street beneath the I-10 overpass in Breaux Bridge, Louisiana.

4.

On or about April 28, 2021, Defendant, Elio Longoria, was operating a 2011 WANC Semi, bearing Texas license plate 190C670, VIN#1JJV532BXBL382599, in a northerly direction on Rees Street, in the left turning lane on the side of the vehicle being operated by Plaintiff, Lester Betancourt, and occupied by Plaintiff, Sheila Begnaud, in Breaux Bridge, Louisiana.

5.

Upon information and belief, Defendant, Elio Longoria, negligently merged into the travel lane to the right of him, causing him to collide with the vehicle being operated by Plaintiff, Lester Betancourt, and occupied by Plaintiff, Sheila Begnaud.

6.

Due to the inattention, negligence, and fault, Defendant, Elio Longoria, collided with the rear of the vehicle being operated by Plaintiff, Lester Betancourt, and occupied by Plaintiff, Sheila Begnaud, who's vehicle was lawfully occupying the lane of travel on Rees Street in Breaux Bridge, Louisiana.

7.

At all times material, the insured driver was employed by Defendant, RT Express Transports, LLC, and/or was operating the truck with the permission of RT Express Transports, LLC.

8.

Upon information and belief, the insured driver was operating the offending vehicle within the course and scope of his employment with defendant, RT Express Transports, LLC., therefore, RT Express Transports, LLC bears vicarious liability for the actions of its employee/servant pursuant to the Louisiana Civil Code Article 2317 and 2320, which are specifically plead herein.

9.

This Court has jurisdiction over RT Express Transports, LLC pursuant to La. R. S. 13:1301 as the collision and injuries occurred in St. Martin Parish, Louisiana.

10.

The insured driver was operating his work vehicle, owned by defendant, RT Express Transports, LLC, who had in full force and effect a policy of insurance commonly known as an automobile liability policy with defendant, United Wisconsin Insurance Company, and which provided automobile liability coverage to the vehicle involved in the subject collision, as well as to defendant, RT Express Transports, LLC, and the driver and defendant, Elio Longoria, for the accident at issue, and as such is liable for any negligence and/or fault on the part of the driver in causing the accident at issue.

11.

Defendant, Elio Longoria, was negligent and/or at fault in causing this accident and Plaintiff's injuries, which negligence includes, but is not limited to, the following acts to-wit:

1. Negligently being inattentive;

2. Negligently failing to maintain a proper lookout;

3. Negligently operating his vehicle in a reckless and careless manner;

4. Negligently colliding with Plaintiff's vehicle;

5. Failing to see what he should have seen and/or do what he should have done under the circumstances in order to avoid this accident; and

6. Any and all other acts of negligence and/or fault which may be shown at the trial of this matter.

12.

As a result of the negligence and/or fault of Defendant, Elio Longoria, Plaintiff, Lester Betancourt, has suffered and sustained injuries to his neck, back, leg, mind and body as a whole and, as such, is entitled to such damages as are reasonable under the premises.

14.

As a result of the injuries sustained in the April 28, 2021, accident, Plaintiff, Lester Betancourt, suffered damages, including but not limited to the following to-wit:

A. Past medical expenses;

B. Future medical expenses;

C. Past and future physical pain and suffering;

D. Past and future mental and emotional anguish;

E. Past and future disability;

F. Past and future loss of enjoyment of life;

G. Other such damages as may be proven at the trial of this matter.

15.

As a result of the negligence and/or fault of Defendant, Elio Longoria, Plaintiff, Sheila Begnaud, has suffered and sustained injuries to her neck, back, leg, mind and body as a whole and, as such, is entitled to such damages as are reasonable under the premises.

16.

As a result of the injuries sustained in the April 28, 2021, accident, Plaintiff, Sheila Begnaud, suffered damages, including but not limited to the following to-wit:

- A. Past medical expenses;
- B. Future medical expenses;
- C. Past and future physical pain and suffering;
- D. Past and future mental and emotional anguish;
- E. Past and future disability;
- F. Past and future loss of enjoyment of life;
- G. Other such damages as may be proven at the trial of this matter.

**WHEREFORE**, plaintiffs, **LESTER BETANCOURT and SHEILA BEGNAUD**, pray that defendants, **UNITED WISCONSIN INSURANCE COMPANY, RT EXPRESS TRANSPORTS, LLC and ELIO LONGORIA**, be served with a copy of this Petition for Damages and that they be sited to appear and answer hereto, and after the laps of all legal delays and due proceedings had, there be judgement rendered herein and in favor of plaintiffs, **LESTER BETANCOURT and SHEILA BEGNAUD**, and against defendants, **UNITED WISCONSIN INSURANCE COMPANY, RT EXPRESS TRANSPORTS, LLC and ELIO LONGORIA**, jointly and severely, for all such damages as are reasonable under the premises, together with legal interest from the date of judicial demand until paid, and that defendants be required to pay all costs of this proceedings, as well as any and all additional and/or alternative relief, as the law, equity, or nature of the case may allow.

Respectfully submitted:

BY: _____
JOSEPH F. GAAR, JR. (#16927)
LUCAS S. COLLIGAN (#31671)
DOUGLAS A. LEE, II (#34637)
TOBY J. AGUILLARD (#25330)
114 Representative Row
Lafayette, Louisiana 70508
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
**Attorneys for Plaintiffs,**
**LESTER BETANCOURT**
**and SHEILA BEGNAUD**

RECEIVED AND FILED

JAN 3 1 2022
Carren B. Alexander
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

**PLEASE SERVE:**

**UNITED WISCONSIN INSURANCE COMPANY**
*through their registered agent for service of process*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**RT EXPRESS TRANSPORTS, LLC**
*via Louisiana Long Arm*
3201 Fransicso Avenue
Mission, Texas 38573

| | |
|---|---|
| **LESTER BETANCOURT**<br>**and SHEILA BEGNAUD** | **16th JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. 91329-A** |
| **UNITED WISCONSIN INSURANCE CO.,**<br>**RT EXPRESS TRANSPORTS, LLC,**<br>**and ELIO LONGORIA** | **PARISH OF ST. MARTIN**<br>**STATE OF LOUISIANA** |

## REQUEST FOR NOTICE

**TO:** Honorable Becky Patin
St. Martin Parish Clerk of Court

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Lester Betancourt and Sheila Begnaud, who requests, in accordance with the Louisiana Code of Civil Procedure, they be given written notice by mail, ten (10) days in advance of the date fixed for trial or any hearing of the above-captioned case, whether on Exceptions, Motions, Rules or the Merits. Plaintiff also requests immediate notice of any and all Orders or Judgments, whether interlocutory or final, made or rendered in their case upon rendition thereof, as provided for by the Louisiana Code of Civil Procedure, including Notice of Judgment in the event that this case is taken under advisement, or if the Judgment is not signed at the conclusion of the trial.

Respectfully submitted:

BY: _____
JOSEPH F. GAAR, JR. (#16927)
LUCAS S. COLLIGAN (#31671)
DOUGLAS A. LEE, II (#34637)
TOBY J. AGUILLARD (#25330)
114 Representative Row
Lafayette, Louisiana 70508
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
**Attorneys for Plaintiffs,**
**LESTER BETANCOURT**
**and SHEILA BEGNAUD**

RECEIVED AND FILED
JAN 3 1 2022
Carmen G. Alexander
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

| | |
|---|---|
| **LESTER BETANCOURT** and **SHEILA BEGNAUD** | **16th JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. 91329-A** |
| **UNITED WISCONSIN INSURANCE CO., RT EXPRESS TRANSPORTS, LLC, and ELIO LONGORIA** | **PARISH OF ST. MARTIN** **STATE OF LOUISIANA** |

## INTERROGATORIES & REQUESTS FOR ADMISSIONS

**TO:   UNITED WISCONSIN INSURANCE COMPANY**
*through their registered agent for service of process*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**RT EXPRESS TRANSPORTS, LLC**
*via Louisiana Long Arm*
3201 Fransicso Avenue
Mission, Texas 38573

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **LESTER BETANCOURT and SHEILA BEGNAUD,** who propounds the following Interrogatoriesand Requests for Admissions upon Defendants, **UNITED WISCONSIN INSURANCE COMPANY and RT EXPRESS TRANSPORTS, LLC,** in accordance with notice under the provisions of Louisiana Code of Civil Procedure Article 1491.

> "You" or "your" means defendant and all representatives or other persons acting on behalf of defendant.
>
> "Document" means any written, recorded or graphic matter however produced or reproduced.
>
> "Identify" or "identification" when used with respect to an individual means to state his full name, his present or last known employment, and his present or last known address.
>
> "Identify" or "identification" when used with reference to a document means to state the type of document (e.g. lease, memorandum, contract, telegram, chart, etc.,) or some other means of identifying its location and custodian, the date thereon, if any, and the identity of the party or parties whose name or names appear thereon, or in lieu thereof you may attach to your answers a copy of each such document.
>
> "Defendant" as used hereinafter shall mean the person to whom these interrogatories are directed.

## INTERROGATORIES

### INTERROGATORY NUMBER 1:

Please provide the last known address and phone number for Defendant, Elio Longoria.

## REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Please admit that Elio Longoria was an employee in the course and scope of his employment with RT Express Transport, LLC at the time of the subject collision.

Respectfully submitted:

BY: _____

JOSEPH F. GAAR, JR. (#16927)
LUCAS S. COLLIGAN (#31671)
DOUGLAS A. LEE, II (#34637)
TOBY J. AGUILLARD (#25330)
114 Representative Row
Lafayette, Louisiana 70508
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
**Attorneys for Plaintiffs,
LESTER BETANCOURT
and SHEILA BEGNAUD**

RECEIVED AND FILED

JAN 3 1 2022

Darren G. Alexander
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

## CITATION WITH DISCOVERY

**BETANCOURT, LESTER - ET AL**

Versus

**UNITED WISCONSIN INSURANCE CO - ET AL**



Case: 091329
Division: A
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
UNITED WISCONSIN INSURANCE CO
THROUGH THEIR AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

of EAST BATON ROUGE Parish, Louisiana.

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, INTERROGATORIES & REQUESTS FOR ADMISSIONS of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within Thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 2ND day of FEBRUARY, 2022.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Darren J. Alexander*

Deputy Clerk of Court

REQUESTED BY:
LUCAS S. COLLIGAN
ATTORNEY FOR LESTER BETANCOURT

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.
Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                              By: _____
Mileage    $_____        Deputy Sheriff

Total      $_____

[ FILE ]

| | |
|---|---|
| TO:  Sheriff | FROM: **Becky P. Patin** |
| P. O. Box 3277 | **Clerk of Court, St. Martin Parish** |
| Baton Rouge, LA 70821-3277 | **P. O. Box 308, St. Martinville, LA 70582** |
| | **Phone: 337-394-2210    Fax: 337-394-2240** |

| | |
|---|---|
| RE: SUIT NO.    91329-A | PROBATE NO. |

LESTER BETANCOURT, ET AL

VS.

UNITED WISCONSIN INSURANCE CO., ET AL

I AM ENCLOSING (1) CITATION WITH DISCOVERY ALONG WITH TRUE COPIES OF THE PETITION FOR DAMAGES FOR SERVICE ON UNITED WISCONIN INSURANCE COMPANY THROUGH THEIR AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE. ALSO, ENCLOSED IS A CHECK TO YOU IN THE AMOUNT OF $39.36 FOR SERVICE AND A CHECK TO THE SECRETARY OF STATE IN THE AMOUNT OF $50.00.

Date of Notice    February 2, 2022

FARREN J. ALEXANDER
Deputy Clerk of Court

## CITATION WITH DISCOVERY

| | | |
|---|---|---|
| **BETANCOURT, LESTER - ET AL** <br><br> **Versus** <br><br> **UNITED WISCONSIN INSURANCE CO - ET AL** |  | **Case: 091329** <br> **Division: A** <br> **16th Judicial District Court** <br> **Parish of St. Martin** <br> **State of Louisiana** |

TO:
RT EXPRESS TRANSPORTS LLC
3201 FRANSICO AVENUE
MISSION, TEXAS 38573

### VIA LONG ARM STATUTE.

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, INTERROGATORIES & REQUESTS FOR ADMISSIONS of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within Thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 2ND day of FEBRUARY, 2022.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: _Darren J. Alexander_

Deputy Clerk of Court

REQUESTED BY:
LUCAS S. COLLIGAN
ATTORNEY FOR LESTER BETANCOURT

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                                    By: _____
Mileage    $_____                      Deputy Sheriff

Total      $_____

[ FILE ]

TO: Lucas S. Colligan    FROM: **Becky P. Patin**

Attorney At Law    **Clerk of Court, St. Martin Parish**

114 Representative Row    **P. O. Box 308, St. Martinville, LA 70582**

Lafayette, LA 70508    **Phone: 337-394-2210    Fax: 337-394-2240**

RE: SUIT NO.    91329-A    PROBATE NO.

LESTER BETANCOURT, ET AL

VS.

UNITED WISCONSIN INSURANCE CO., ET AL

I AM ENCLOSING (1) CITATION WITH DISCOVERY ALONG WITH TRUE COPIES OF THE PETITION FOR DAMAGES FOR SERVICE ON RT EXPRESS TRANSPORTS, LLC THROUGH VIA LONG ARM STATUTE AS PER YOUR REQUEST OF OUR OFFICE.

Date of Notice    February 2, 2022    FARREN J. ALEXANDER
Deputy Clerk of Court

Becky P. Patin
Clerk of Court
P.O. Box 308
St. Martinville, La. 70582

Ph. #337/394-2210
Fax. #337/394-2240

# NEW CIVIL SUIT FILING CERTIFICATION

STATE OF LOUISIANA
PARISH OF ST. MARTIN

TO:
LUCAS S. COLLIGAN
ATTORNEY AT LAW
114 REPRESENTATIVE ROW
LAFAYETTE, LA 70508

THIS CERTIFIES THAT ON THE 31ST DAY OF JANUARY, 2022 THE BELOW ENTITLED CASE HAS BEEN FILED FOR RECORD IN THIS OFFICE.

LESTER BETANCOURT, ET AL

VS. # 91329

UNITED WISCONSIN INSURANCE CO., ET AL

DIVISION A

ANTHONY THIBODEAUX
JUDGE

*[signature]*
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

# GAAR LAW FIRM
## TRIAL ATTORNEYS

JOSEPH F. GAAR, JR.
E-MAIL: JOSEPH@GAARLAW.COM

LUCAS S. COLLIGAN
E-MAIL: LUCAS@GAARLAW.COM

DOUGLAS A. LEE, II
E-MAIL: DOUGLAS@GAARLAW.COM

TOBY J. AGUILLARD
E-MAIL: TOBY@GAARLAW.COM

MAILING ADDRESS:
114 REPRESENTATIVE ROW
LAFAYETTE, LOUISIANA 70508

JANUARY 25, 2022

TELEPHONE: (337) 233-3185
TELECOPY: (337) 233-0690

Honorable Becky Patin
St. Martin Parish Clerk of Court
415 St. Martin Street
St. Martinville, LA 70582

Re: *Lester Betancourt and Sheila Begnaud v. United Wisconsin, et al;* Docket No.: 91329-A; In the 16th Judicial District Court, Parish of St. Martin, State of Louisiana.

Dear Honorable Patin:

Please find enclosed the original and three (3) copies of the following:

1. Petition for Damages;
2. Request for Notice;
3. Discovery; and
4. Louisiana Civil Case Reporting form.

Please file the original into the record of the Court on behalf of Plaintiffs and return a conformed copy to the undersigned. Our firm check in the amount of $500.00 is enclosed for this request.

Additionally, we ask that the documents be served upon the following:

**UNITED WISCONSIN INSURANCE COMPANY**
*through their registered agent for service of process*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**RT EXPRESS TRANSPORTS, LLC**
*via Louisiana Long Arm*
3201 Fransicso Avenue
Mission, Texas 38573

Thank you, in advance, for your courtesies. With kindest personal regards, I remain

Very truly yours,

LUCAS S. COLLIGAN

LSC/chr
Enclosures

RECEIVED AND FILED

JAN 3 1 2022

Carmen B. Alexander
DEPUTY CLERK OF COURT
ST. MARTIN PARISH

## CITATION WITH DISCOVERY

BETANCOURT, LESTER - ET AL

Versus

UNITED WISCONSIN INSURANCE CO - ET AL



Case: 091329
Division: A
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
UNITED WISCONSIN INSURANCE CO
THROUGH THEIR AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

of EAST BATON ROUGE Parish, Louisiana.

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, INTERROGATORIES & REQUESTS FOR ADMISSIONS of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within Thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 2ND day of FEBRUARY, 2022.

*I made service on the named party through the Office of the Secretary of State on FEB 1 1 2022 by tendering a copy of this document to: JULIE NESBITT*
*DY. L. Kling #0586*
*Deputy Sheriff, Parish of East Baton Rouge, LA*

BECKY P. PATIN
Clerk of the 16th Judicial District Court for St. Martin Parish, Louisiana

BY: _Carren J. Alexander_
Deputy Clerk of Court

REQUESTED BY:
LUCAS S. COLLIGAN
ATTORNEY FOR LESTER BETANCOURT

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.
Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
Mileage    $_____        By: _____
Total      $ 0                         Deputy Sheriff

RECEIVED AND FILED
FEB 24 2022
DEPUTY CLERK OF COURT
ST MARTIN PARISH

[ RETURN ]

## NOTICE OF SERVICE

**BETANCOURT, LESTER - ET AL**

*Versus*

**UNITED WISCONSIN INSURANCE CO - ET AL**



Case: 091329
Division: A
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
JOSEPH JR. GAAR
JOSEPH GAAR JR.
114 REPRESENTATIVE ROW
LAFAYETTE, LA 70508

Date of Service: Friday, February 11, 2022

Number of Service: 1

Personal/Domiciliary: Personal on United Wisconsin Insurance Co through Louisiana Secretary of State

Issued by the Clerk of Court on the 24th day of February, 2022.

*Darren J. Alexander*

*Deputy Clerk of Court*

**Pleading Served**
Citation With Discovery

[ FILE ]